UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-22306-CIV-LENARD/WHITE

**IGOR FEDERICO MANOTAS
LOPEZ,**

       Petitioner,

vs.

**UNITED STATES OF AMERICA,**

       Respondent.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION (D.E. 5) AND DISMISSING PETITIONER'S SUCCESSIVE MOTION TO VACATE SENTENCE (D.E. 1)

**THIS CAUSE** is before the Court on the Report and Recommendation of Magistrate Judge Patrick A. White ("Report," D.E. 5), issued on July 26, 2010. Petitioner Igor Federico Manotas Lopez ("Petitioner") filed his Objections to the Report ("Objections," D.E. 5) on August 6, 2010. After a *de novo* review of the Report, the Objections and the record, the Court finds as follows.

The Report finds that Petitioner's Motion to Vacate Sentence pursuant to 28 U.S.C. § 2255 is a successive petition, filed without first obtaining leave from Eleventh Circuit as required in 28 U.S.C. § 2244(b)(3)(A). (Report at 1-2.) Petitioner's prior motion to vacate sentence was denied on March 27, 2008. (*See Manotas-Lopez v. United States*, Civ. Case No. 07-20455-LENARD/WHITE, D.E. 22.) Consequently, the Report recommends dismissing this successive petition. (Report at 3.)

Plaintiff objects to the Report, citing the discovery of new evidence and new claims in support of his motion. (Objections at 7.) He does not deny that the instant Motion to Vacate Sentence is successive; rather, he requests the Court to consider it anyway. (*See id.*; *see also* Mot. to Vacate Sentence at 1, D.E. 1.)

The Court simply cannot ignore the clear statutory language of § 2244 and consider a successive motion without prior approval from the Eleventh Circuit. Petitioner cites no authority to the contrary. For this reason, his successive motion to vacate must be dismissed.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

1. The Report and Recommendations of the Magistrate Judge (D.E. 5), issued on July 26, 2010, is **ADOPTED**.

2. Petitioner's Motion to Vacate Sentence (D.E. 1), filed on July 13, 2010, is **DISMISSED** as successive.

3. Petitioner's Motion for Clarification (D.E. 8), filed on September 14, 2010, is **DENIED** as moot.

4. Petitioner's Second Motion to Support His First Objection to Magistrate's Report and Recommendation and Motion for Summary Judgment (D.E. 11), filed on November 19, 2010, is **DENIED** as moot.

5. This case is now **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida this 22nd day of February, 2011.

*Joan A. Lenard*
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**